to the Circuit Court of Appeals for the First Circuit denied. *Mr. Israel Caigan* for petitioners. *Mr. John M. Raymond* for respondent.

No. 763. CAIGAN ET AL. *v.* PLIBRICO JOINTLESS FIRE-BRICK Co. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Israel Caigan* for petitioners. *Mr. John M. Raymond* for respondent.

No. 769. FENSKE BROS., INC. ET AL. *v.* UPHOLSTERERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL No. 18. April 8, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. David Silbert* and *Lewis F. Jacobson* for petitioners. No appearance for respondent.

No. 779. OHIO CASUALTY INSURANCE Co. *v.* WELFARE FINANCE Co. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James R. Claiborne* for petitioner. *Messrs. Jacob Chasnoff, George C. Willson,* and *Hugo Monnig* for respondent.

No. 840. WASHINGTON TIMES Co. *v.* MEYER. April 8, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Wilton J. Lambert, R. H. Yeatman, Elisha Hanson,* and *Eliot C. Lovett* for petitioner. No appearance